**FILED**

OCT 3 1 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

|  |  |
|---|---|
| IN RE: | CRIMINAL NO. 06-70675-WDB |
| JIAN YANG, A Material Witness. | ORDER RE REMOVAL OF MATERIAL WITNESS FROM THE UNITED STATES |

Before the Court is the motion of the United States, through its counsel, Assistant United States Attorney George L. Bevan Jr, for an order prohibiting agents/officials of Immigration and Customs Enforcement (ICE) from removing from the United States, JIAN YANG, a material witness to criminal proceedings pending in Houston, Texas, in case number H–05-392S. The government's motion arises in the context of the arrest of this material witness on October 23, 2006, in the Northern District of California pursuant to a material witness warrant issued by the Court in Houston, Texas. This witness was thereafter released on bond pursuant to an order of this Court and the agreement of counsel for the witness and the government.

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that Immigration and Customs Enforcement shall not remove, nor take steps to initiate the removal of, material witness JIAN YANG from the United States until such time as the aforementioned criminal proceedings in case number H-05-392S are completed. The

//

//   cc: WDB's Stats 2 certified copies to Marshal
Copy to parties via ECF

1

1    intention of this Order is to insure the presence and availability of JIAN YANG in the

2    United States for the criminal proceedings in Houston, Texas, referenced herein.

3

4

5

6    Dated: 10/31/06

7                                                      WAYNE D. BRAZIL
                                                       United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2