| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | JOYCE LEAVITT |
| | Assistant Federal Public Defender |
| 3 | 555 - 12th Street, Suite 650 |
| | Oakland, CA 94607-3627 |
| 4 | Telephone: (510) 637-3500 |
| 5 | Counsel for Material Witness YANG |

e-FILED
APR 1 0 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )   No. CR 06-70675 WDB
                                   )
         Plaintiff,                )
                                   )
    v.                             )   [PROPOSED] ORDER
                                   )   EXONERATING BOND
YALI HUANG,                        )
YONG PING LIU,                     )
                                   )
         Defendants                )
_____)

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the bond in the above-captioned matter relating to material witness JainYang (whose true name is Jian Yang) is hereby exonerated. This order is based upon the fact that on March 20, 2007, the District Court in the Southern District of Texas Houston Division ordered that Ms. Yang and others be released as material witnesses and no longer subject to pretrial supervision or bond conditions based upon their material witness status. *See* Order filed March 20, 2007 in the Southern District of Texas attached as Exhibit A.

SO ORDERED.

DATED: 4/10/07

WAYNE D. BRAZIL
United States Magistrate Judge

cc: WDB's Stats, Copy to parties via ECF, Financial, Pretrial

ORDER EXONERATING BOND

# Exhibit A

U.S. v. Yali Huang, Yong Ping Liu, Defendants
CR-06-70675-WDB
Jian Yang, Material Witness

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

MAR 2 0 2007

Michael N. Milby, Clerk of Court

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CRIMINAL NO. H-05-392-SS |
| | § | |
| YALI HUANG | § | |
| YONG PING LIU aka Mary Liu | § | |

### ORDER

The Court, having considered the Government's Motion to Release Material Witnesses, hereby **GRANTS** the Government's Motion and **ORDERS** that the following ten individuals be released as material witnesses and that they no longer be subject to pretrial supervision and bond conditions based on their material witness status in this case:

1) Nannan CAO

2) Hua ZHONG

3) Bing ZHONG

4) Xiujuan WU

5) Jie DONG

6) Ying ZHU

7) Guangcheng FENG

8) Guoxing LI

9)     Jain YANG

10)    Ruixing MA

Signed the _15_ day of March, 2007.

_____
                                United States District Judge